FORM AO-256
REV. 1-82

CRIMINAL DOCKET - U.S. District Court

PO ☐ | 0417 | 4 | Assigned | 1707
Misd ☐ | Disp./Sentence | 1707
Felony ☐ ☒ District | Off | Judge/Magistr

☐ WRIT
☐ JUVENILE
☐ ALIAS
OFFENSE ON INDEX CARD ►

U.S. ↘ VS ↗ •

*Per order 8/10-23-86* (LAST, FIRST, MIDDLE)
*Molossay Michail*
JOHN DOE, a/k/a Unidentified Crew
~~Member of S.V. Asia~~

Case Filed: Mo 07 | Day 23 | Yr 86 | Docket No 00033 | Def. 11
No. of Def's 11 | U.S. MAG CASE NO ►

## I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:963 | Conspiracy to import marihuana & cocaine - Ct.1 | 1 | ☒ | |
| 21:846 | Conspiracy to Poss. w/intent to distr. & to distr. marihuana & cocaine - Ct. 2 | 1 | ☒ | |
| 21:952(a),960,18:2 | Importation of marihuana & aid & abet - Ct. 3 | 1 | ☒ | |
| 21:841(a)(1),18:2 | Poss. w/itnent to distr.marihuana &aid & abet -Ct. 4 | 1 | ☒ | |
| 18:1952(a) &2 | Interstate travel in aid of racketeering & aid & abet- Ct. 11 | 1 | | ☒ |
| 21:955(a)&960 | Poss. w/intent to distr. marihuana - Ct. 16 | 1 | ☒ | |

SUPERSEDING COUNTS ► ☐ JURY ☒ N J

## II. KEY DATE

INTERVAL ONE
KEY DATE ►
EARLIEST OF { ☐ arrest ☐ summns ☐ custody ☐ appears on complaint }

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
KEY DATE ► 7-23-86
APPLICABLE {
☒ Indictment filed/unsealed
consent to Magr trial or complaint
☐ Information
☐ Felony W/waiver }

KEY DATE 1-5-87
LATEST OF {
☒ 1st appears on pending charge /R40
☐ Receive file R20/21
☐ Supsdg ☐ Ind ☐ Inf
☐ Order New trial }

END INTERVAL TWO
KEY DATE ► 1-5-87
APPLICABLE {
☐ Dismissal
☒ Plea guilty ☐ After N G
☐ Nolo ☐ After nolo
☐ Trial (voir dire) began }

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | P1D Nolle Pros | FINAL CHARGES DISMISSED | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| 12-1-86 | 1-5-87 | | | | | | | ☐ on S T grounds ☐ W P ☐ WOP | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO | | INITIAL/NO | OUTCOME |
|---|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | | INITIAL APPEARANCE DATE ► | | ☐ DISMISSED |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ► / Date Held ► | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ► | | | | ☐ INTERVENING INDICTMENT | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information.
→ 01-Gibbs; 02-W. Gibbs; 03-Radron; 04-Grimes; 05-Stafseth; 06-Sykes; 07-Donahoo; 08-Caldwell; 09-John Doe; 10-Kelton

☐ 20 ☐ 21 ☐ 40 • ☐ In ☐ Out
RULE
BAIL • RELEASE

ATTORNEYS
U S Attorney or Asst
J. Douglas McCullough

Defense 1 ☐ CJA, 2 ☒ Ret 3 ☐ Waived 4 ☐ Self 5 ☐ Non / Other 6 ☐ PD. 7 ☐ CO

*905 W. Cheyenne Rd.*
*Colo. Springs, Co.*

*Richard L. Tegtmeier*
*518 N. Nevada Ave.*
*Colo. Springs, Co. 80906*
*303-471-9984*

### PRE-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

### POST-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C D NUMBER | DATE | RECEIPT NUMBER | C.O. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

**V. PROCEEDINGS**



JOHN DOE

| | | |
|---|---|---|
| 7-23-86 | **INDICTMENT** | - cys. distr. |
| 7-24-86 | **MEMORANDUM** | - request issuance of warrant detention requested. |
| 7-24-86 | **ISSUED WARRANT FOR ARREST** | - orig. & lcy. U.S. Marshal w/cy. of indictment - lc: U.S. ATty. *w/name John Doe* |




**8-8-86**    ISSUED NOTICE TO APPEAR -now set for arraignment
on Tuesday, August 19, 1986, at 10:30 A.M.... in New Bern
N.C. before U.S. Magistrate lc: U.S. Atty,

8-19-86    Deft. not present for arrgn.

9-12-86    **NOTICE OF INTENT TO DESTROY** - lc: **counsel of record and**
**MARIHUANA** - w/n 30 days w/cs    U.S. Atty.

10-22-86    **ORDER w/ AFFIDAVIT OF TERRY PETERS** - name changed to
Michael Malocsay.
(Fox, J) Cr. OB#5, P. 41
lc: U.S. Atty, P. O.
U.S. Marshal, Mag. Denson
& Judge Fox.

10-23-86    **REQUEST FOR ISSUANCE OF WARRANT** - requests warrant be issued
for deft. under name of
Michael Malocsay - detention
requested

10-24-86    **ISSUED WARRANT** - issued in the name of Michael
**FOR ARREST OF DEFENTANT** Malocsay. orig. & 1 cy. U.S. Marshal
lc: U.S. Atty. w/corrected Indictment
lc: Indictment w/name changes to U.S. Atty., USPO, USM, Mag. Denson
Judge Fox and New Bern Office.

11/17/86    Magistrate papers rec'd from District of Colorado-
(1) Copy of Docket sheet
(2) Arrest Warrant and return
(3) Appearance Bond in the amount of $10,000
            **UNSECURED**
(4) Order Setting Conditions of Release
(5) Waiver of Removal/Identity Hearing
            Rule 40
(6) Passport of Michael Marion Malocsay
(7) CJA 23 Financial Affidavit
(8) Court minutes
(9) Copy of Indictment EDNC

11/19/86    **NOTICE TO APPEAR**-for initial appearance on Dec. 1, 1986, 10:00
            a.m., Raleigh; cys to USAtty, def't
            Prob. USMarshal, Mag. Denson            bb

11/25/86    **NOTICE TO APPEAR**-for initial appearance on Jan. 5, 1986, 9:30 a.m.
            at Raleigh, NC; cys to USAtty; def't. atty;
            Prob., USMarshal; Mag. Denson            bb




UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs

AO 256A ⊕

MALOCSAY, MIchael

| 86 | 33 | 11 |
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 12/1/86 | MOTION TO APPEAR PRO HAC VICE-by the defendant's attorney; cs | | bb | | |
| 12/1/86 | ORDER ALLOWEING APPEARANCE PRO HAC VICE-Richard L. Tegtmeier is hereby ADMITTED to this bar pro hac vice in association with local counsel. The motion is denied as to other members of the firm of Tegtmeier and Sears, which denial is without prejudice to their further applying on a demonstration of meeting the requirements of the Local Rules of this Court; this 1st day of December, 1986; DENSON, Alexander B., U. S. Magistrate; CR OB#5, p. 75; cys dist; ENT: 12/2/86 | | S. bb | | |
| 11/6/86 | MARSHAL RETURN on Warrant of arrest; subject arrested by F.B.I., Denver, Colorado on 11/4/86 | bb | | | |
| 12/11/86 | AMENDED NOTICE TO APPEAR for arraignment and trial on Monday, 1/5/87 at 9:00 A. M. before Judge Britt lc: U. S. Atty.; deft. & Mr. Tegtmeier | | | | |
| 12/29/86 | MOTION TO ALLOW APPEARANCE OF COUNSEL WITHOUT LOCAL COUNSEL (MOTION TO WAIVE LOCAL RULE 2.04) by deft. lc: Judge Britt | | | | |
| 12/30/86 | ORDER - this matter is before the court on Mot. of deft., seeking waiver of the requirement that he retain local counsel pursuant to Local Rule 2.04. The Mot. is allowed. (BRITT, J.)(CR.O.B.#5 p. 113) cc to Tegtmeier & USA. | | erb | | |
| 1/5/87 | @ Raleigh ; ct. reporter Jo Bush ARRAIGNMENT & TRIAL PLEA: Guilty; def't sworn; competent; Rule 11 MEMORANDUM OF PLEA AGREEMENT (cys to USAtty; US Prob; Def't atty & Judge Britt) Guilty as to Ct. 11; deft's m/d cts. 1,2,3, 4,&16 ALLOWED; SENTENCING 3/16/87 Ral. Fox | | bb | | |
| 2-26-87 | ISSUED NOTICE      Set for sentencing on 3-16-87 at Raleigh at 9 A.M. before Judge Fox - lc: U.S. Atty &Mr. Tegtmeier | | | | |

| Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 3-16-87 | **RALEIGH - FOX - JO BUSH - Ct. Reporter - Sentencing:**<br>No evidentiary evidence<br>Pre-Sen. Report discussed.<br>**JUDGMENT AND PROBATION/COMMITMENT ORDER**<br>Ct. 11 - maximum term of 3 yrs. and shall become<br>     eligible for parole unter 18:4205(b)(2)<br>     immediately.<br>Special assessment of $50.00 is imposed<br>Court orders no restitution in this case<br>Ct. recommends Englewood Correctional Inst. -<br>     Denver, Colorado<br>Defendant is allowed to go under existing bond and<br>report at own expense to the institution designated by the<br>U.S. Bureau of Prisons at 12 o'clock noon on the date de-<br>signated by U.S. Marshal which date shall be April 1, 1987.<br>(Fox, J) Cr. OB#5, P. 171. cys. distr.<br>(ent. 3/19/87) | | | | |
| 3-16-87 | **ORDER TO SURRENDER** - lc: U.S. Marshal | | | | |
| 4-1-87 | **MOTION FOR EXTENSION OF TIME** - by deft. on reporting to<br>     Leavenworth on 4-1-87 w/cs. lc: Judge Fox (John Coble<br>     advised by phone), U.S. Marshal and 2 cys. U.S. Atty.<br>     **-advised by John Coble that order filed in Wilm. today<br>     extending reporting time to 4/10/87 at 12 noon** -<br>     order being mailed to Raleigh - Mr. Tegtmeier advised<br>     by Mr. Coble - advised U.S. Marshals Office and<br>     REcords Office -Leavenworth. | | | | |
| 4-1-87 | **ORDER**      -deft. is allowed up to and including<br>     12 P.M. on 4/10/87 to report at the FCI<br>     designated by the Bureau of Prisons.<br>     (Fox, J) Cr. OB#5, P. 184. lc: U.S. Atty.<br>     USPO, USM, Mr. Tegtmeier and Leavenworth,<br>     Kansas. (ent. 4/2/87) | | | | |
| 4-8-87 | **MOTION REQUESTING COURT RECOMMENDATION TO SPECIFIC INSTITUTION<br>AND FOR TEN DAY EXTENSION** w/cs. lc: Judge Fox by atty<br>lc: U.S. Marshal | 4-9-87 | | | |
| 4-9-87 | **ORDER** - motion of 4/8/87 is granted and court **RECOMMENDS**<br>     deft. be allowed to serve his sentence of<br>     incarceration at the El Reno FAcility in Oklahoma<br>     and further that he is ALLOWED up to and including<br>     12 noon of April 20, 1987 to report at the FCI<br>     designated by the Bureau of Prisons.<br>     (Fox, J) CR OB#5, P. 186. 2 cys. USM, lc:<br>     US Atty., USPO, Leavenworth, Kansas, deft<br>     & Mr. Tegtmeier - Mr. Tegtmeier notified by<br>     mailed & phone message left at office.<br>     (ent. 4/9/87) | | | | |
| 7-13-87 | **MOTION FOR CORRECTION OR REDUCTION OF SENTENCE PURSUANT<br>TO RULE 35 and REQUEST FOR ORAL ARGUMENT** -<br>     w/cs. & attached letter asking for oral argument<br>     lc: Judge Fox (t/u to respond on 8/4/87.<br>     filed by Atty. Tegtmeier | | | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MALOCSAY, Michael

AO 256A ⊕

| 86 | 00033 | 11 |
|---|---|---|
| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 7-15-87 | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION PURSUANT TO RULE 35** w/cs. lc: Judge Fox. | | | | |
| 8-11-87 | **ORDER** - re: Rule 35 motion is **DENIED.** (Fox, J) Cr. OB#5, P. 281. lc: USA and Mr. TEgtmeier (ent. 8/11/87) | | | | |
| 9-10-87 | **MARSHALS RETURN ON J & C** - Deft. delivered on 4-20-87 to FCI-El Reno by self surrender. T.C. Maiter, Warden by Paul Romesbuy. jh | | | | |
| 4-27-90 | **NOTE: passport #070405665 received by: Kevin Connolley, USPO on 4/27/90** jh | | | | |

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |

(per Section II) | Start Date End Date | Ltr. Code | Total Days